UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREG CIMA, DIANA PEEK, LINDA MCMAHON, MIKE BEARD, SHARON BEARD, JOHN BECKWITH, JR., and STEPHEN JELLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPOINT HEALTH NETWORKS, INC., UNICARE NATIONAL SERVICES, INC., UNICARE ILLINOIS SERVICES, INC., UNICARE HEALTH INSURANCE COMPANY OF THE MIDWEST, RIGHTCHOICE MANAGED CARE, INC., and RIGHTCHOICE INSURANCE COMPANY,<br><br>Defendants. | Case No. 05-cv-4127-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motions for Extension of Time to File Response in Opposition to Summary Judgment filed by Defendants (Docs. 204 and 206). Plaintiffs have no objections to the requests for extension of time and no party will be prejudiced by an extension. Therefore, the Court **GRANTS** the Motions and considers Defendants' Memorandum in Opposition (Doc. 207) timely filed.

**IT IS SO ORDERED.**
**DATED: June 9, 2008**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**