UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREG CIMA, ESTATE OF DIANA PEEK, LINDA MCMAHON, MIKE BEARD, SHARON BEARD, JOHN BECKWITH, JR., STEPHEN JELLEN, JENNIFER HUFF WHEELER, and JESSICA HUFF, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLPOINT HEALTH NETWORKS, INC., UNICARE NATIONAL SERVICES, INC., UNICARE ILLINOIS SERVICES, INC., UNICARE HEALTH INSURANCE COMPANY OF THE MIDWEST, RIGHTCHOICE MANAGED CARE, INC., and RIGHTCHOICE INSURANCE COMPANY, <br><br> Defendants. | Case No. 05-cv-4127-JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

                                                                      JUSTINE FLANAGAN
                                                                       **Acting Clerk of Court**

**Dated: August 27, 2009**                                      s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**